**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JORGE GARCIA ARCHER,

     Plaintiff,

  v.

MICHAEL BERNACKE, *et al.*

     Respondents.

Case No.: 2:26-cv-00457-GMN-NJK

**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION**

Pending before the Court is Plaintiff Jorge Garcia Archer's Motion for Leave to File Second Amended Petition, (ECF No. 27).  Petitioner explains that the facts underlying his immigration detention have materially changed since the filing of his First Amended Petition, necessitating a Second Amended Petition.  Based on the facts provided in Petitioner's motion, the Court GRANTS Petitioner's [27] Motion for Leave to File Second Amended Petition.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint, (ECF No. 27), is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents must file and serve their answer to the Second Amended Petition within **7 days of service** of the Second Amended Petition, unless additional time is allowed for good cause show.  Petitioner will then have **7 days to file a reply.**

///
///
///
///
///

The Clerk of Court is kindly directed to file the Second Amended Petition, (ECF No. 27-1), on the docket.

Dated this __30__ day of June, 2026.

_____

Gloria M. Navarro, District Judge
United States District Court